

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00514-CR

**IN RE** Andre Lamon **LUARKS**

Original Proceeding[1]

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
Adrian A. Spears II, Justice
H. Todd McCray, Justice

Delivered and Filed: September 3, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

Relator has filed a petition for writ of mandamus seeking an order directing respondent to grant credit for time previously served. Relator's petition asserts that he filed a motion to enter an order nunc pro tunc on July 20, 2025 seeking fifteen (15) days of jail time credit. No evidence of this motion has been furnished by relator nor has any evidence of respondent's alleged inaction.

Mandamus is an extraordinary remedy that will be granted only when the relator can show that the trial court has clearly abused its discretion or violated a duty imposed by law and that there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding); *In re Marty, Inc.*, No. 04-20-00067-CV, 2020 WL 557076, at *1 (Tex. App.—

---

[1]This proceeding arises out of Cause No. 2023CR3349, styled *State of Texas v. Andre Lamon Luark*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Miguel Najera presiding.

San Antonio Feb. 5, 2020, no pet.). The requirements of mandamus dictate that relator provide a sufficient record showing that they are entitled to mandamus relief. *Walker*, at 827 S.W.2d 837. This record must include a certified or sworn copy of every document that is material to their claim that was filed in the underlying proceeding. TEX. R. APP. P. 53.7. We may deny a petition for a writ of mandamus for an inadequate record alone. *See In re Blakeney,* 254 S.W.3d 659, 662 (Tex. App. 2008).

Relator has not furnished any evidence in support of the relief he seeks. Accordingly, the petition for writ of mandamus is **DENIED**.

PER CURIAM

DO NOT PUBLISH